UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EDWARD SCHMERBER,

    Defendant.

CASE NO. CR93-272C

ORDER

      This matter comes before the Court on Defendant's Motion for Early Termination of Supervised Release (Dkt. No. 179). The Court has carefully considered the papers submitted by the parties and hereby finds as rules as follows:

      Pursuant to 18 U.S.C. § 3583(e)(1), a court may terminate a period of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice." To date, Defendant has been in compliance with the terms of his supervised release. The Court finds, however, that his criminal history and the nature of the underlying offenses warrant continued supervision. Accordingly, the Court hereby DENIES Defendant's motion.

ORDER – 1

1    SO ORDERED this  17th  day of May, 2005.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

26  ORDER – 2